UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Michael D. McCain, Sr.,

    Plaintiff,

    v.

Warden, Chillicothe Correctional Institution, *et al.*,

    Defendants.

Case No. 2:15–cv–1262

Judge Michael H. Watson
Magistrate Judge Deavers

## ORDER

On January 30, 2017, the United States Magistrate Judge issued a Report and Recommendation ("R&R") recommending that Plaintiff's motion for injunctive relief, ECF No. 39, be denied. R&R, ECF No. 50. The parties were specifically advised of their right to object to the R&R and of the consequences of their failure to do so. There has nevertheless been no objection to the R&R.

The R&R is hereby **ADOPTED and AFFIRMED**. Plaintiff's motion for injunctive relief, ECF No. 39, is **DENIED**.

The Clerk is **DIRECTED** to terminate ECF Nos. 39 and 50 from the Court's pending motions list.

**IT IS SO ORDERED.**

                                        *s/Michael H. Watson*
                                        **MICHAEL H. WATSON, JUDGE**
                                        **UNITED STATES DISTRICT COURT**