```
                    UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF OHIO
                         EASTERN DIVISION
```

MICHAEL D. MCCAIN, SR.,

    Plaintiff,                               Case No. 2:15-cv-1262

vs.

CHAROLETTE JENKINS, *et al*.,        District Judge Michael H. Watson
                                               Magistrate Judge Michael J. Newman

    Defendants.

---

**ORDER AND ENTRY STAYING BRIEFING ON MOTIONS SERVED ON DEFENDANTS BY *PRO SE* PLAINTIFF BUT NOT YET FILED WITH THE COURT**

---

On January 18, 2019, Defendants' Counsel contacted the Court by telephone to advise that *pro se* Plaintiff served upon them a 112-page document captioned as *pro se* Plaintiff's cross-motion for summary judgment. *See* doc. 130 at PageID 1242. Such document has not, however, been filed with the Court by *pro se* Plaintiff as required by the Civil Rules. *See* Fed. R. Civ. P. 5(d).

The Court cannot act on any motion until it filed and, therefore, in the interest of justice, the undersigned **STAYS** the deadline by which Defendants may be required under the Local Rules to file a memorandum in opposition. *See* S.D. Ohio Civ. R. 7.2(a)(2) (stating that "[a]ny memorandum in opposition shall be filed within twenty-one days after the date of service of [a] motion"). The deadline by which Defendants must file any memorandum in opposition to a motion served by *pro se* Plaintiff shall be 21 days after it is filed on the Court's docket.

    **IT IS SO ORDERED.**

Date: January 22, 2019                          s/ Michael J. Newman
                                                                   Michael J. Newman
                                                                     United States Magistrate Judge