# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

Michael D. McCain, Sr.,

    Plaintiff,

v.                               Case No. 2:15–cv–1262

Charlotte Jenkins, et al.,      Judge Michael H. Watson

    Defendants.                Magistrate Judge Newman

## OPINION AND ORDER

On January 22, 2019, Michael D. McCain Sr. ("Plaintiff) filed a motion for extension of time to file a notice of appeal. Mot., ECF No. 132. The Magistrate Judge issued a Report and Recommendation ("R&R") recommending denial of the motion because the Orders Plaintiff sought to appeal were not final decisions, and an appeal of the interlocutory orders would not "materially advance the ultimate termination of the case." *Id.* at 2.

The R&R notified the parties of their right to file objections to the R&R pursuant to 28 U.S.C. § 636(b)(1). R&R 3, ECF No. 133. The R&R further advised the parties that the failure to object to the R&R within fourteen days (or seventeen days if served by mail) would result in a waiver of the right to *de novo* review by the District Judge and waiver of the right to appeal the decision of the District Court adopting the R&R. *Id.* The deadline for filing such objections has passed, and no objections were filed.

Having received no objections, the R&R is **ADOPTED**. ECF No. 133.

Plaintiff's motion for an extension of time is **DENIED**. ECF No. 132.

**IT IS SO ORDERED.**

                                            ***/s/ Michael H. Watson***
                                            **MICHAEL H. WATSON, JUDGE**
                                            **UNITED STATES DISTRICT COURT**